UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERICA SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALISSA CARLSON, M.D., KATE | ) | No. 18 C 2234 |
| MCKENNEY, M.D., ERIE FAMILY | ) | |
| HEALTH CENTER, INC., an Illinois Non- | ) | Judge |
| for-profit corporation, THE MCGAW | ) | |
| MEDICAL CENTER OF | ) | Formerly Case No. 2017 L 012243 |
| NORTHWESTERN UNIVERSITY, an | ) | Circuit Court of Cook County, Illinois |
| Illinois Non-for-profit corporation, ADRIA | ) | |
| MORA, M.D., and NORTHWESTERN | ) | |
| MEMORIAL HOSPITAL, an Illinois not- | ) | |
| for-profit corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:      Dorothy Brown                 David J. Rashid
            Clerk of the Circuit Court         Wise, Morrissey & Kaveny, LLC
            Richard J. Daley Center, Room 1001     161 North Clark Street, Suite 3250
            50 West Washington Street         Chicago, Illinois 60601
            Chicago, Illinois 60602

            Anderson Rasor & Partners
            100 South Wacker Drive, Suite 1000
            Chicago, Illinois 60606

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the following:

1.      On or about November 30, 2017, plaintiff Erica Santiago commenced the above civil action in the Circuit Court of Cook County, Illinois, against Alissa Carlson, M.D., Kate McKenney, M.D., Erie Family Health Center, Inc., McGaw Medical Center of Northwestern University, Adria Mora, M.D., and Northwestern Memorial Hospital, alleging medical malpractice.  A copy of the state court complaint is attached as Exhibit A.  For purposes of this lawsuit, Erie Family Health Center is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233.  *See* Exhibit B.  In addition, Alissa Carlson, M.D., was acting within the scope of her employment at Erie Family Health Center with respect to the incidents referred to in the complaint.  *Id.*

2.      This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Erie Family Health Center was a private entity receiving grant money from the Public Health Service and that defendant Alissa Carlson, M.D., was acting within the scope of her employment at Erie Family Health Center with respect to the incidents referred to in the complaint.  Exhibit B.

3.      This notice of removal may be filed without bond at any time before trial.  42 U.S.C. § 233(c).  Trial has not yet been had in this action.

4.      Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 42 U.S.C. § 233(c), this civil action is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendants Erie Family Health Center and Alissa Carlson, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Erie Family Health Center and Alissa Carlson, M.D.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Prashant Kolluri
    PRASHANT KOLLURI
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9085
    prashant.kolluri@usdoj.gov